UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MAZEN SHWEIKA,

        Plaintiff,                            Case No. 09-cv-11781

v.                                         Honorable Thomas L. Ludington

DEPARTMENT OF HOMELAND SECURITY and
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE,

        Defendants.
_____/

## JUDGMENT

In accordance with the order granting Plaintiff's petition for naturalization entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Plaintiff and against Defendant.


Dated: March 24, 2017                                s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2017.

                                         s/Michael A. Sian
                                         MICHAEL A. SIAN, Case Manager